# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET ELIZABETH TINOCO, | Case No.: 1:21-cv-0278 JLT |
| Plaintiffs, | ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED AUGUST 25, 2021 |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (Doc. 9) |
| Defendants. | |

Previously, the Court ordered Plaintiff to show cause why sanctions should not be imposed for failure to prosecute this case and failure to comply with the Court's order. (Doc. 9.) In the alternative, Plaintiff was directed to file an opening brief. (*Id.*) On September 8, 2021, Plaintiff filed his opening brief in support of remand. (Doc. 11.) Accordingly, the Court **ORDERS**: the order to show cause dated August 25, 2021 (Doc. 9) is **DISCHARGED**.

IT IS SO ORDERED.

Dated:   **September 9, 2021**           _ /s/ Jennifer L. Thurston**
                                         CHIEF UNITED STATES MAGISTRATE JUDGE

1