# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET TINOCO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.: 1:21-cv-0278 JLT<br><br>ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME<br><br>(Doc. 13) |

On October 15, 2021, the parties stipulated for the Commissioner to have an extension of thirty days to respond to Plaintiff's opening brief. (Doc. 13.) Notably this is the first request for an extension in the action, and it does not appear either party will suffer prejudice from the delay. Accordingly, the Court **ORDERS**:

1. The request for an extension of time (Doc. 13) is **GRANTED**; and
2. The Commissioner **SHALL** file response to Plaintiff's opening brief no later than **November 22, 2021**.

IT IS SO ORDERED.

Dated: __October 21, 2021__　　　　　　__/s/ Jennifer L. Thurston__
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE