UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET TINOCO, ) | Case No.: 1:21-cv-0278 JLT |
| Plaintiff, ) | ORDER DIRECTING PLAINTIFF TO COMPLETE THE CONSENT FORM, INDICATING WHETHER PLAINTIFF CONSENTS TO THE JURISDICTION OF THE ASSIGNED MAGISTRATE JUDGE |
| v. ) | |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| Defendant. ) | |

Previously, the Court issued its "Order re Consent or Request for Reassignment," informing the parties that "pursuant to 28 U.S.C. § 636(c), a Magistrate Judge cannot conduct all proceedings and enter judgment in this case" without the written consent of all parties. (Doc. 3-1 at 1.)  To date, Plaintiff has not filed the form or otherwise indicated whether Plaintiff consents or declines the jurisdiction of the assigned Magistrate Judge, as required by the Court's order. (*See id.*) Accordingly, the Court **ORDERS**:  Plaintiff **SHALL** complete and file the form previously provided (Doc. 3-2) no later than **November 30, 2021**, indicating whether Plaintiff consents to the Magistrate Judge jurisdiction, or requests reassignment to a District Judge for resolution of the action.

IT IS SO ORDERED.

Dated:   **November 22, 2021**          _ **/s/ Jennifer L. Thurston**
CHIEF UNITED STATES MAGISTRATE JUDGE