# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| Margaret Elizabeth Tinoco,<br><br>Plaintiff,<br><br>v.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>Defendant. | Case No. 1:21-cv-00278-JLT<br><br>**STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT; ORDER** |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees and expenses in the amount of SEVEN THOUSAND FIVE HUNDRED DOLLARS AND 00/100 ($7,500.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and cost in the amount of FOUR HUNDRED DOLLARS AND 00/100 ($400.00) under 28 U.S.C. §1920. This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to counsel. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause

1  the payment of fees, expenses and costs to be made directly to Counsel, pursuant to
2  the assignment executed by Plaintiff.  Any payments made shall be delivered to
3  Plaintiff's counsel, Jonathan O. Peña.
4       This stipulation constitutes a compromise settlement of Plaintiff's request for
5  EAJA attorney fees, and does not constitute an admission of liability on the part of
6  Defendant under the EAJA or otherwise.  Payment of the agreed amount shall
7  constitute a complete release from, and bar to, any and all claims that Plaintiff and/or
8  Counsel including Counsel's firm may have relating to EAJA attorney fees in
9  connection with this action.
10      This award is without prejudice to the rights of Counsel and/or Counsel's firm
11 to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the
12 savings clause provisions of the EAJA.

Respectfully submitted,

Dated: February 28, 2022   /s/ *Jonathan O. Peña*
JONATHAN O. PEÑA
Attorney for Plaintiff

Dated: February 28, 2022   PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:  _*_ *Daniel P. Talbert*
Daniel P. Talbert
Special Assistant U.S. Attorney
Attorneys for Defendant
(*Permission to use electronic signature obtained via email on February 28, 2022).

**ORDER**

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses (the "Stipulation"),

**IT IS ORDERED** that fees and expenses in the amount of SEVEN THOUSAND FIVE HUNDRED DOLLAR AND 00/100($7,500.00) as authorized by the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and cost in the amount of FOUR HUNDRED DOLLARS AND 00/100 ($400.00) under 28 U.S.C. §1920.  be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated:   **March 2, 2022**               **/s/ Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE